IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TERYSA M. WELCH,

        Plaintiff,

v.

                                                    No. 1:11-cv-0700 KG/RHS

CITY OF ALBUQUERQUE, a New Mexico
Municipality; RAYMOND SCHULTZ,
ELIZABETH PAIZ, WILLIAM ROSEMAN,
JOSEPH HUDSON, DAVID HUBBARD, ROBERT
SMITH, CECIL KNOX, J.R. POTTER, KEVIN
GAGNE, SUE NEAL, JOHN DOES I-V, Individually
And as agents and employees of the City of Albuquerque,

        Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S ORDER STAYING CASE UNTIL QUALIFIED IMMUNITY RESOLVED

**THIS MATTER** came before the Court upon Defendants Raymond Schultz, William Roseman, Cecil Knox, David Hubbard, Robert Smith, J.R. Potter, Kevin Gagne, Elizabeth Paiz, Joseph Hudson, Sue Neal, and the City of Albuquerque (collectively, "Defendants") Unopposed Motion for Leave to File Response to Plaintiff's Objections to Magistrate Judge's Order Staying Case Until Qualified Immunity Resolved ("Motion"). [Doc No. 138] Plaintiff had filed her Objections to Magistrate Judge's Order Staying Case Until Qualified Immunity Resolved ("Objections") [Doc. No. 137] pursuant to Federal Rule of Procedure 72(a) which does not address whether filing a response is permitted.

    The Court FINDS that the Motion is well taken and IT IS THEREFORE ORDERED that Defendants are granted leave to file their response to Plaintiff's Objections to Magistrate Judge's Order Staying Case Until Qualified Immunity Resolved.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY,

WIGGINS, WILLIAMS & WIGGINS, P.C.
Counsel for Defendants
1803 Rio Grande Blvd. NW
Albuquerque, NM 87104
Phone: (505) 764-8400

By: /s/ *Theresa E. Gheen, Esq.*
    Theresa E. Gheen, Esq.

APPROVED,

ROBERT R. COOPER LAW FIRM, P.C.
Counsel for Plaintiff
1011 Lomas Blvd. NW.
Albuquerque, NM  87102
Phone:  (505) 842-8494
Fax:   (505) 243-6279


By: /s/ *Ryan J. Villa, Esq.*
    Ryan J. Villa, Esq.