IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TERYSA M. WELCH,

       Plaintiff,

v.

                                          No. 1:11-cv-00700 KG/RHS

CITY OF ALBUQUERQUE, a New Mexico
Municipality; RAYMOND SCHULTZ,
ELIZABETH PAIZ, WILLIAM ROSEMAN,
JOSEPH HUDSON, DAVID HUBBARD, ROBERT
SMITH, CECIL KNOX, J.R. POTTER, KEVIN
GAGNE, SUE NEAL, JOHN DOES I-V, Individually
And as agents and employees of the City of Albuquerque,

       Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS COUNT V AND PUNITIVE DAMAGES CLAIMS FROM COUNTS III AND IV

**THIS MATTER** came before the Court upon Defendants the City of Albuquerque, Raymond Schultz, Elizabeth Paiz, William Roseman, Joseph Hudson, David Hubbard, Robert Smith, Cecil Knox, J.R. Potter, Kevin Gagne, and Sue Neal's (collectively, "Defendants") Unopposed Motion to Dismiss Count V and Punitive Damages Claims from Counts III and IV of Plaintiff's Second Amended Complaint (Doc. 155).

The Court FINDS that the Motion is well taken and IT IS THEREFORE ORDERED that Count V alleging violations of the New Mexico Peace Officers Employer-Employee Relations Act, Section 29-14-1 *et seq*. NMSA 1978 and all punitive damages claims in Counts III and IV under the New Mexico Human Rights Act, Section 28-1-1 *et seq*. NMSA 1978 in Plaintiff's Second Amended Complaint be dismissed.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY,

WIGGINS, WILLIAMS & WIGGINS, P.C.
Counsel for Defendants
1803 Rio Grande Blvd. NW
Albuquerque, NM 87104
Phone: (505) 764-8400

By: /s/ *Theresa E. Gheen, Esq.*
   Theresa E. Gheen, Esq.

APPROVED,

AGUILAR & AGUILAR, P.C.
Counsel for Plaintiff
2501 Rio Grande Blvd. NW, Ste. A.
Albuquerque, NM  87104
Phone:  (505) 243-6810
Fax:  (505) 242-6655


By: /s/ *Esteban A. Aguilar, Sr., Esq.*
   Esteban A. Aguilar, Sr., Esq.
   Esteban A. Aguilar, Jr., Esq.


ROBERT R. COOPER LAW FIRM, P.C.
Counsel for Plaintiff
1011 Lomas Blvd. NW.
Albuquerque, NM  87102
Phone:  (505) 842-8494
Fax:  (505) 243-6279


By: /s/ *Ryan J. Villa, Esq.*
   Ryan J. Villa, Esq.