IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERYSA M. WELCH,

    Plaintiff,

vs.                                                          No. CIV-11-00700 KG-SCY

CITY OF ALBUQUERQUE, a New Mexico
Municipality; RAYMOND SCHULTZ,
ELIZABETH PAIZ, WILLIAM ROSEMAN,
JOSEPH HUDSON, DAVID HUBBARD,
ROBERT SMITH, CECIL KNOX, J.R. POTTER,
KEVIN GAGNE, SUE NEAL, AND JOHN
DOES I-V, Individually and as agents and
employees of the City of Albuquerque,

Defendants.

<u>ORDER</u>

       This matter comes before the Court on Plaintiff's Motion to Extend Page Limits and Deadlines Set Forth in Memorandum Opinion and Order (Doc. 190) and Request for Expedited Hearing (Motion), filed February 12, 2016. (Doc. 192). On February 15, 2016, Defendant responded and Plaintiff replied on February 17, 2016. (Docs. 193 and 194).

       On February 25, 2016, the Court held a telephonic hearing on Plaintiff's Motion. Esteban Aguilar, Jr. and Ryan Villa, counsel for Plaintiff, and Patricia Williams, counsel for Defendant attended the hearing telephonically. Having granted, in part, Plaintiff's Motion (Doc. 192), for the reasons stated on the record at the February 25, 2016, hearing,

       IT IS ORDERED that

     1. Plaintiff may file a second amended response brief limited to thirty-two (32) pages no later than 11:59 p.m. on March 4, 2016;

     2. Plaintiff's Motion with respect to the exhibit page limitation is denied;

      3.  the Court, *sua sponte*, may reconsider Plaintiff's Motion in regard to the exhibit page limitation in the event evidence corroborating, clarifying, and/or illuminating Plaintiff's affidavit, (Doc. 197-1) at 1–13, is necessary for the Court's analysis; and

      4.  Defendant may file an amended reply brief no later than 11:59 p.m. on March 15, 2016.

_____
UNITED STATES DISTRICT JUDGE