IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TERYSA M. WELCH

                    Plaintiff,

v.                                                      No. 1:11-cv-00700-KG-SCY

CITY OF ALBUQUERQUE, et al.,

                    Defendants.

## ORDER GRANTING UNOPPOSED SECOND MOTION TO EXTEND TIME TO FILE THIRD AMENDED RESPONSE AND AMENDED AFFIDAVIT

THIS MATTER, having come before the Court on Plaintiff's Unopposed Motion to Extend Time [Doc. 212], and the Motion being unopposed, and the Court being fully advised in the premises, finds that the Motion is well-taken and shall be granted;

IT IS THERFORE ORDERED that Plaintiff shall have until June 27, 2016, to file her Third Amended Response and Amended Affidavit as directed in this Court's Memorandum Opinion and Order [Doc. 209].

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
/s/ Ryan J. Villa
RYAN J. VILLA
Counsel for Plaintiff

/s/ Esteban A. Aguilar, Jr.
ESTEBAN A. AGUILAR, JR.
Counsel for Plaintiff

Approved:
/s/ Patricia G. Williams
PATRICIA G. WILLIAMS
Counsel for Defendants