IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TERYSA M. WELCH,

          Plaintiff,

v.                                        No. 1:11-cv-00700-KG-SCY

CITY OF ALBUQUERQUE, et al.,

          Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND PAGE LIMIT FOR PLAINTIFF'S THIRD AMENDED RESPONSE

THIS MATTER, having come before the Court on Plaintiff's Unopposed Motion to Extend Page Limits of Third Amended Response [Doc. 214], and the Motion being unopposed, and the Court being fully advised in the premises, finds that the Motion is well-taken and shall be granted;

IT IS THERFORE ORDERED that Plaintiff's Third Amended Response brief may not exceed 32 pages.

IT IS SO ORDERED.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE

Submitted by:
*/s/ Ryan J. Villa*
RYAN J. VILLA
Counsel for Plaintiff

*/s/ Esteban A. Aguilar, Jr.*
ESTEBAN A. AGUILAR, JR.
Counsel for Plaintiff

Approved:
*/s/ Patricia G. Williams*
PATRICIA G. WILLIAMS
Counsel for Defendants