IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERYSA M. WELCH,

    Plaintiff,

vs.                                                                 Civ. No. 11-700 KG/SCY

CITY OF ALBUQUERQUE, a New Mexico
Municipality; RAYMOND SCHULTZ,
ELIZABETH PAIZ, WILLIAM
ROSEMAN, JOSEPH HUDSON, DAVID
HUBBARD, ROBERT SMITH, CECIL
KNOX, J.R. POTTER, KEVIN GAGNE,
SUE NEAL, JANE DOES I-V, individually
and as agents and employees of the City of
Albuquerque,

    Defendants.

<u>SUMMARY JUDGMENT AS TO COUNT II OF THE SECOND AMENDED COMPLAINT</u>

    Having granted "Defendants Raymond Schultz, William Roseman, David Hubbard, Cedcil [sic] Knox, Robert Smith, J.R. Potter and Kevin Gagne's Motion for Summary Judgment Based on Qualified Immunity and on Plaintiff's Inability to Support Claims" (Doc. 112) by a Memorandum Opinion and Order entered contemporaneously with this Summary Judgment as to Count II of the Second Amended Complaint,

    IT IS ORDERED that

    1. summary judgment is entered in favor of Defendants Raymond Schultz, William Roseman, David Hubbard, Cecil Knox, Robert Smith, J.R. Potter, and Kevin Gagne as to Count II of the Second Amended Complaint (Doc. 88); and

2. Count II of the Second Amended Complaint is dismissed with prejudice.

/s/ Kenneth J. Gonzales
UNITED STATES DISTRICT JUDGE