IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERYSA M. WELCH,

    Plaintiff,

vs.                                Civ. No. 11-700 KG/SCY

CITY OF ALBQUERQUE, a New Mexico
Municipality; RAYMOND SCHULTZ,
ELIZABETH PAIZ, WILLIAM ROSEMAN, JOSEPH
HUDSON, DAVID HUBBARD, ROBERT SMITH,
CECIL KNOX, J. R. POTTER, KEVIN GAGNE, SUE
NEAL, and JOHN DOES I-V, Individually and as
agents and employees of the City of Albuquerque,

    Defendants.

## PARTIAL SUMMARY JUDGMENT AS TO SOME INDIVIDUAL DEFENDANTS

Having granted in part and denied in part Individual Defendants [sic] Motion for Summary Judgment Addressing Counts I, III, and IV and Memorandum in Support Thereof (Doc. 232) by entering a Memorandum Opinion and Order contemporaneously with this Partial Summary Judgment as to Some Individual Defendants,

IT IS ORDERED that

1.  summary judgment is entered in favor of Defendants Joseph Hudson, David Hubbard, Robert Smith, J.R. Potter, and Kevin Gagne as to the Counts IV claims of the Second Amended Complaint (Doc. 88) which arise from the August 24, 2009, Charge of Discrimination;

2.  summary judgment is entered in favor of Defendants Raymond Schultz, Hudson, Hubbard, Smith, Potter, and Gagne as to the Count IV claims of the Second Amended Complaint (Doc. 88) which arise from the March 9, 2011, Charge of Discrimination; and

3. those Count IV claims are dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE