IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERYSA M. WELCH,

    Plaintiff,

vs.                                        Civ. No. 11-700 KG/SCY

CITY OF ALBUQUERQUE, a New Mexico
Municipality; RAYMOND SCHULTZ,
ELIZABETH PAIZ, WILLIAM ROSEMAN, JOSEPH
HUDSON, DAVID HUBBARD, ROBERT SMITH,
CECIL KNOX, J. R. POTTER, KEVIN GAGNE, SUE
NEAL, and JOHN DOES I-V, Individually and as
agents and employees of the City of Albuquerque,

    Defendants.

## ORDER

This matter comes before the Court upon Defendants' Motion for Partial Summary Judgment on Portions of Counts I, III, and IV and Memorandum in Support Thereof (Motion for Partial Summary Judgment), filed on November 30, 2016. (Doc. 230). Plaintiff filed a response on January 20, 2017, and Defendants filed a reply on February 10, 2017. (Docs. 242 and 252).

The Court recently filed a Memorandum Opinion and Order granting in part and denying in part Individual Defendants [sic] Motion for Summary Judgment Addressing Counts I, III, and IV and Memorandum in Support Thereof (Doc. 232). *See* (Doc. 267). Because the Court's ruling affects Counts I, III, and IV of the Second Amended Complaint, the subject of the Motion for Partial Summary Judgment, the Court ORDERS that

    1. Defendants' Motion for Partial Summary Judgment on Portions of Counts I, III, and IV and Memorandum in Support Thereof (Doc. 230) is denied without prejudice to Defendants

filing an amended motion for partial summary judgment which takes into account the Court's decision in its Memorandum Opinion and Order (Doc. 267);

    2. Defendants will file any such amended motion for partial summary judgment no later than four weeks from the date of the entry of this Order; and

    3. the parties will brief the amended motion for partial summary judgment in accordance with the Local Rules and Federal Rules of Civil Procedure.

_____
UNITED STATES DISTRICT JUDGE