IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERYSA M. WELCH,

    Plaintiff,

vs.   No. 1:11-cv-00700-KG/SCY

CITY OF ALBUQUERQUE, a New Mexico
Municipality; RAYMOND SCHULTZ,
ELIZABETH PAIZ, WILLIAM ROSEMAN,
JOSEPH HUDSON, DAVID HUBBARD,
ROBERT SMITH, CECIL KNOX,
J.R. POTTER, KEVIN GAGNE, SUE NEAL, and
JOHN DOES I-V, Individually and as agents and
employees of the City of Albuquerque,

    Defendants.

## STIPULATED CONFIDENTIALITY ORDER

THIS MATTER having come before the Court upon the agreement and stipulation of the parties as set forth herein, and the Court finding good cause,

IT HEREBY IS ORDERED, ADJUDGED AND DECREED as follows:

It is the agreement of the undersigned parties that certain documents and information should be exchanged that might otherwise be considered confidential. Though the parties may dispute the confidential status of certain documents, the parties agree to keep the following documents and information confidential for the purposes of this litigation, unless and until either party challenges whether the document or information should not be subject to this Order and the Court makes a ruling regarding said challenge pursuant to an *in camera* review:

    1.    Plaintiff's and the individual Defendants' medical and psychological information

which are otherwise protected from discovery by patient-medical care provider privilege, and/or the patient-counselor or patient/psychotherapist privilege, or by N.M. Stat. Ann. §30-9-16 through 30-9-15 NMSA, FERPA, and N.M.R. 11-413;

    2.    The personnel and IA files of the Plaintiff and individual Defendants;

    3.    All IA investigation documents, including but not limited to Albuquerque Police Department Internal Affairs investigation #I-214-09, and specifically all target letters, any recorded target and witness interviews and statements, transcripts of said target and witness interviews and statements, investigator notes and recommendations, supervisor notes and recommendations, proposed disciplinary actions, and final disciplinary actions associated with this internal affairs investigation; and

    4.    Plaintiff's recorded statements during their Office of Professional Standards interviews.

The Parties recognize that documents as described in paragraphs 2 and 3 above may be subject to release pursuant to the New Mexico Inspection of Public Records Act ("IPRA"), NMSA § 14-2-1 *et. al.*, by Defendant City of Albuquerque, unless legally exempt from release.

IT IS THEREFORE ORDERED:

    1.    This Order governs the use and/or production of the following documents for the sole purposes of this litigation, including:

        a. The use and/or production and disclosure of any evidence of Plaintiff's psychological medical history, emotional condition or diagnosis obtained by a psychiatrist, psychologist, a psychotherapist or doctor or counselor during the course of medical care, psychological care, psychotherapy, therapy or counseling.

    b. The use and/or production of Plaintiff's and Defendants' personnel files, IA files and statements, and e-mail files as well as Albuquerque Police Department Internal Affairs investigation #I-214-09. Said personnel files, IA files and emails may be redacted to obscure Social Security numbers, home addresses, home telephone numbers, day and month of birthdate and any other personal identifying information as defined by IPRA.

2. All "Confidential Material," may be marked as such by the producing party, or alternatively, marked by placing a cover sheet on the front of the produced material with the "CONFIDENTIAL," typed, written, or printed on such cover sheet or the designation of "confidential" in an e-mail attachment. The identification of "Confidential Material" in either of these fashions shall mean that all materials or information or testimony produced with such mark, cover letter or cover sheet shall be "Confidential Material" as defined by this Order.

3. Any materials or testimony designated "Confidential Material" shall be disclosed only to the party's attorney (including staff, employees or independent contractors), parties and outside experts and consultants employed by the Plaintiffs' and the Defendants' undersigned civil attorneys as needed to prosecute or defend this action. All such persons shall use such "Confidential Material" only for the prosecution and defense of this action and for no other purposes.

4. Upon request of any party at a deposition of any witness, a copy of this order can be shown to witnesses, who may be asked to sign this order (but who are not compelled to do so). Upon request of any party, certain pages of deposition transcripts that contain testimony pertaining to "Confidential Materials" can be

deemed "confidential," if requested to be placed under seal by the Court.

5. In the event deposition testimony or any exhibits or documents will be used in summary judgment motions, or as exhibits in any motions, "Confidential Material" may be sealed if the Court so orders, or provided to Chambers separately identified by stipulation of the parties, or the parties may obtain a procedure in advance of filing such motions that keeps "Confidential Material" from being filed with the Clerk of this Court in the public record.

6. Nothing in this Order, and no actions taken pursuant to this Order, shall prejudice the right of any party to contest the alleged relevance, admissibility, or discoverability of documents sought or subject to this Order.

7. Nothing in this Order prohibits any party from seeking and obtaining, upon appropriate showing, relief from this Order for specific types of documents, or additional protection with respect to the confidentiality of specific discovery material, or from providing stipulated exceptions to this Order.

8. At the conclusion of the instant litigation, any materials which have been designated as "Confidential Materials" are to be either shredded or returned to the producing parties.

The Parties understand that this Order does not prohibit the release of documents by Defendant City of Albuquerque as mandated by law under the New Mexico Public Information Act ("IPRA"), NMSA 14-2-1, *et. al.*

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

WIGGINS, WILLIAMS & WIGGINS, P.C.


By: */s/ Approved 7-25-2017*
    Patricia G. Williams
1803 Rio Grande Blvd. NW
Albuquerque, NM 87104
Phone: (505) 764-8400

Attorneys for Defendants


APPROVED BY:

AGUILAR & AGUILAR, P.C.
Esteban A. Aguilar, Sr.
Esteban A. Aguilar, Jr.
2501 Rio Grande Blvd. NW, Ste. A
Albuquerque, NM 87104
Phone: (505) 243-6810

and

THE LAW OFFICE OF RYAN J. VILLA


By: */s/ Approved via email 7-18-2017*
    Ryan J. Villa
2501 Rio Grande Blvd. NW, Ste. A
Albuquerque, NM 87104
Phone: (505) 639-5709

Attorneys for Plaintiff