IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERYSA WELSH,

    Plaintiff,

vs.                                                        Civ. No. 11-700 KG/SCY

CITY OF ALBUQUERQUE,
et al.,

    Defendants.

## ORDER GRANTING MOTION TO CONTINUE TRIAL (DOC. 317)

This matter comes before the Court upon Plaintiff's Unopposed Motion to Continue Trial and Opposed Request to Hold Trial in Albuquerque (Motion), filed October 20, 2017. (Doc. 317). Having fully considered the Motion,

    IT IS ORDERED that

    1. the Motion is granted in that the January 22, 2018, trial setting is vacated and reset for May 21, 2018, to June 1, 2018;

    2. the previous pretrial deadlines set forth in the Notice of Civil Jury Trial (Doc. 301) are vacated and those deadlines will be reset; and

    3. the request to hold the trial in Albuquerque is taken under advisement.

_____
UNITED STATES DISTRICT JUDGE