IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERYSA M. WELCH,

  Plaintiff,

  vs.          No. CIV 11-0700 KG/SCY

CITY OF ALBUQUERQUE,
*a New Mexico Municipality*, *et al.,*

  Defendants.

## **ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

  IT IS HEREBY ORDERED that a status conference will be held by telephone on

**THURSDAY, JANUARY 11, 2018, AT 1:30 PM**. The parties shall call Judge Gonzales' Meet

Me line at 505-348-2354 to be connected to the proceedings. *This line can only accommodate*

*up to five (5) telephone lines, including the Courts; if the parties anticipate that they will exceed*

*this capacity, they must contact the Court immediately so that alternative arrangements may be*

*made.*

              _____
              UNITED STATES DISTRICT JUDGE