IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERYSA M. WELCH,

        Plaintiff,

vs.                                       No.: 1:11-CV-00700 KG-SCY

CITY OF ALBUQUERQUE, et. al.,

        Defendants.

## ORDER GRANTING WITHDRAWAL

THIS MATTER came before the Court upon Aguilar & Aguilar, P.C.'s ("Movant") *Stipulated Motion to Withdraw*. (Doc. 338). The Court has considered the unopposed Motion, including the Plaintiff's consent to the withdrawal of Aguilar & Aguilar, P.C. pursuant to D.N.M.LR-Civ.83.8(a), The Law Office of Ryan Villa's continued representation of Plaintiff's interests in this matter, and that none of the trial management deadlines or case settings will be affected by the withdrawal. Having been sufficiently advised in the matter, the Court finds the unopposed Motion should be granted.

IT IS THEREFORE ORDERED THAT Aguilar & Aguilar, P.C. be permitted to withdraw as counsel for Plaintiff in this matter.

_____
UNITED STATES DISTRICT JUDGE

PREPARED AND SUBMITTED BY:

AGUILAR & AGUILAR, P.C.
Counsel for Plaintiff
2501 Rio Grande Blvd. NW, Ste. A.
Albuquerque, NM  87104
Phone:  (505) 243-6810
Email: eaa@aguilarlaw.com
       eaj@aguilarlaw.com

By: _____/S/_____
    Esteban A. Aguilar, Sr., Esq.
    Esteban A. Aguilar, Jr., Esq.

APPROVED BY:

THE LAW OFFICE OF RYAN J. VILLA
Counsel for Plaintiff
2501 Rio Grande Blvd. NW, Ste. A
Albuquerque, NM 87104
Phone:  (505) 639-5709
Email: ryan@rjvlawfirm.com

By: Telephonically approved on 2/14/2018
    Ryan J. Villa, Esq.

WIGGINS, WILLIAMS & WIGGINS, P.C.
Counsel for Defendants
1803 Rio Grande Blvd. NW
Albuquerque, NM 87104
Phone: (505) 764-8400
Email: pwilliams@wwwlaw.us

-and-

Samantha M. Hults, Esq.
Acting City Attorney
CITY OF ALBUQUERQUE
1 Civic Plaza NW
Albuquerque, NM 87102
Email: shults@cabq.gov

By: Approved via email on 2/15/2018
    Patricia Williams, Esq.