IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERYSA WELCH,

    Plaintiff,

vs.                                          Civ. No. 11-700 KG/SCY

CITY OF ALBQUERQUE, et al.,

    Defendants.

## ORDER

This matter comes before the Court on Plaintiff's Opposed Request to Hold Trial in Albuquerque, filed on October 20, 2017. (Doc. 317). Plaintiff filed a brief in support of the Request; Defendants filed a response; and Plaintiff filed a reply. (Docs. 322, 328, and 332). On March 26, 2018, the Court held a telephonic hearing on the Request. Michelle Anderson and Ryan Villa represented Plaintiff while Patricia Williams represented Defendants.

The Court determines the convenience of the parties and witnesses as well as local interest justify granting Plaintiff's Request to hold the trial in this matter in Albuquerque. The Court, therefore, will set the trial in Albuquerque, New Mexico.

    IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE