IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERYSA M. WELCH,

    Plaintiff,

v.                                          Civ. No. 11-0700 KG/SCY

CITY OF ALBUQUERQUE,
*a New Mexico Municipality, et al.*,

    Defendants.

## ORDER REGARDING PLAINTIFF'S EXHIBITS 94 AND 95

Pursuant to the Court's "Order Resulting from April 26, 2018, Pretrial Conference" (Order) (Doc. 400), on May 1, 2018, Plaintiff submitted to the Court her redacted Exhibits 94 and 95.[1] According to Plaintiff, the parties agree as to the redactions. Having reviewed redacted Exhibits 94 and 95, the Court will provisionally admit Plaintiff's redacted Exhibits 94 and 95.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff also provided her redacted Exhibit 21. The Court had ordered Plaintiff to redact a portion of that exhibit and admitted the relevant part as described in the Order. (Doc. 400) at 2.