IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TERYSA M. WELCH,

        Plaintiff,

v.                                   No. 1:11-cv-00700 KG-SCY

CITY OF ALBUQUERQUE, et al.

        Defendants.

## DEFENDANTS' INVITED ERROR CITATIONS

Pursuant to the Court's request made during the May 10, 2018 Telephonic Status Conference, Defendants submit the following citations to support their position that they cannot submit a limiting instruction without waiving their ability to challenge the initial objections and the inadequacy of a limiting instruction:

    Proper v. Mowry, 1977-NMCA-080, ¶¶ 64-70, 90 N.M. 710, 568 P.2d 236; and

    Guidance Endodontics v. Dentsply Int., 791 F. Supp. 2d 1026 (2011).

                              Respectfully submitted,

                              WIGGINS, WILLIAMS & WIGGINS
                              A Professional Corporation

                              Electronically Filed

                              By    */s/ Patricia G. Williams*
                                    Patricia G. Williams
                                    Lorna M. Wiggins
                              Attorneys for Defendants
                              1803 Rio Grande Blvd., N.W. (87104)
                              P.O. Box 1308
                              Albuquerque, New Mexico 87103-1308
                              (505) 764-8400
                              PWilliams@wwwlaw.us
                              LWiggins@wwwlaw.us

I HEREBY CERTIFY that on the 11th day of May, 2018,
we filed the foregoing electronically through the CM/ECF system,
which caused all parties or counsel of record to be served by electronic
means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Patricia G. Williams*
Patricia G. Williams