IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERYSA M. WELCH,

    Plaintiff,

vs.                                          Civ. No. 11-700 KG/SCY

CITYOF ALBQUERQUE,
*a New Mexico Municipality*,

    Defendant.

## ORDER

This matter comes before the Court upon "Defendants' Motion *in Limine* and Memorandum of Law to Exclude All References to Any Defendant's General Reputation or Reputation for Any Particular Trait of Character" (Motion in Limine), filed on April 16, 2018. (Doc. 352). Plaintiff filed a response on April 24, 2018. (Doc. 382).

On April 27, 2018, the Court entered its "Order Resulting from April 26, 2018, Pretrial Conference," in which the Court held the Motion in Limine in abeyance. (Doc. 400) at 2. The jury trial in this case began on May 14, 2018, and went to the jury for deliberation on May 22, 2018. Hence, the Motion in Limine is now moot and so the Court will deny it as such.

IT IS ORDERED that "Defendants' Motion *in Limine* and Memorandum of Law to Exclude All References to Any Defendant's General Reputation or Reputation for Any Particular Trait of Character" (Doc. 352) is denied as moot.

                                                                                       _____

                                                                                    UNITED STATES DISTRICT JUDGE