**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

TERYSA M. WELCH,

         Plaintiff,

v.                                          No. 1:11-cv-00700 KG-SCY

CITY OF ALBUQUERQUE,
*a New Mexico Municipality, et al.,*

         Defendants.

## <u>JOINT MOTION TO DISMISS ALL REMAINING CLAIMS WITH PREJUDICE</u>

Plaintiff Terysa Welch and Defendant City of Albuquerque move the Court for a stipulated order dismissing all remaining claims of Plaintiff's Second Amended Complaint For Deprivation of Civil Rights Pursuant Title VII of the Civil Rights Act of 1964, 42 U.S.C. Sections 1983 and 1985, the New Mexico Human Rights Act, the New Mexico Peace Officer's Employer-Employee Relations Act and for Injunctive Relief [Doc. 88] (the "Complaint") with prejudice.

The parties further agree that each party shall bear their own costs and fees associated with the dismissal of the remaining claims.

Respectfully submitted,

WIGGINS, WILLIAMS & WIGGINS
A Professional Corporation

*Electronically Filed*

By       */s/ Patricia G. Williams*
              Patricia G. Williams
              Lorna M. Wiggins
Attorneys for Defendants
1803 Rio Grande Blvd., N.W. (87104)
P.O. Box 1308
Albuquerque, New Mexico 87103-1308
(505) 764-8400
PWilliams@wwwlaw.us
LWiggins@wwwlaw.us

        AND

THE LAW OFFICE OF RYAN J. VILLA


By */s/ Ryan J. Villa (approved via email 8-14-2018)*
              Ryan J. Villa
              Richelle Anderson
              Attorneys for Plaintiff
              2501 Rio Grande Blvd. NW, Ste. A.
              Albuquerque, NM  87104
              Phone:  (505) 639-5709
              Fax:  (505) 433-5812
              ryan@rjvlawfirm.com
              richelle@rjvlawfirm.com

I HEREBY CERTIFY that on the 14ᵗʰ day of August, 2018
we filed the foregoing electronically through the CM/ECF system,
which caused all parties or counsel of record to be served by electronic
means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Patricia G. Williams*
Patricia G. Williams

2