**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

TERYSA M. WELCH,

             Plaintiff,

v.                                          No. 1:11-cv-00700 KG-SCY

CITY OF ALBUQUERQUE,
*a New Mexico Municipality, et al.,*

             Defendants.

## STIPULATED ORDER DISMISSING ALL REMAINING CLAIMS WITH PREJUDICE

THIS MATTER came before the Court on the Joint Motion for a stipulated order dismissing all remaining claims with prejudice. The Court having reviewed the Motion, and being otherwise fully advised in the premises, FINDS that the Motion is well taken and all remaining claims should be dismissed with prejudice, with each party bearing their own costs and fees associated with the dismissal.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Complaint is dismissed with prejudice in its entirety and that each party shall bear their own costs and fees associated with the dismissal of the Complaint.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

WIGGINS, WILLIAMS & WIGGINS
A Professional Corporation

By */s/ Patricia G. Williams*
    Patricia G. Williams
    Lorna M. Wiggins
Attorneys for Defendants
1803 Rio Grande Blvd., N.W. (87104)
P.O. Box 1308
Albuquerque, New Mexico 87103-1308
(505) 764-8400
PWilliams@wwwlaw.us
LWiggins@wwwlaw.us


      AND


THE LAW OFFICE OF RYAN J. VILLA


By */s/ Ryan J. Villa (approved via email 8-14-2018)*
    Ryan J. Villa
    Richelle Anderson
Attorneys for Plaintiff
2501 Rio Grande Blvd. NW, Ste. A.
Albuquerque, NM 87104
Phone: (505) 639-5709
Fax: (505) 433-5812
ryan@rjvlawfirm.com
richelle@rjvlawfirm.com